**No. 22-2**
**No. 22-3**
(1:19-cv-03257-RMG)
_____

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
_____

**STEPHEN C. STANKO,**                                    *Petitioner-Appellant*,

v.

**BRYAN P. STIRLING,** Director,
South Carolina Department of Corrections;
**LYDELL CHESTNUT,** Deputy Warden of
Broad River Correctional Secure Facility,

                                                          *Respondents-Appellees*.

_____

## MOTION TO ALLOW RESPONDENTS-APPELLEES TO FILE CORRECTED RESPONSE BRIEF [UNOPPOSED]
_____

Respondents-Appellees filed their Response Brief yesterday, October 3, 2023 [Doc #75]. Counsel seeks to file a Corrected Response brief to correct non-substantive errors. Counsel has now prepared a Corrected Response brief to correct the margins, as well as an updated Table of Contents and Table of Authorities. The substance has not changed, and, as such, there should be no delay in further briefing from this correction.

Undersigned counsel has consulted with opposing counsel via email today, October 4, 2023. Counsel for Petitioner-Appellant, by response email, has graciously consented.

WHEREFORE, Respondents-Appellees respectfully ask this Court to Correct their Response Brief.

        Respectfully Submitted,

        ALAN WILSON
        Attorney General

        DONALD J. ZELENKA
        Deputy Attorney General

        MELODY J. BROWN
        Senior Assistant Deputy Attorney General
        Fed. ID No. 07979

        J. ANTHONY MABRY
        Senior Assistant Attorney General
        Fed. ID No. 2091

        Office of the Attorney General
        Post Office Box 11549
        Columbia, South Carolina 29211-1549
        (803) 734-6305

        By: *s/ J. Anthony Mabry*
October 4, 2023.        ATTORNEYS FOR APPELLEES/
        RESPONDENTS

## CERTIFICATE OF SERVICE

I certify that the foregoing motion was served upon counsel for Petitioner-Appellant, E. Charles Grose, Jr., Joseph J. Perkovich, Esq., and Joseph C. Welling, Esq., and all other parties to this action via CM/ECF.

October 4, 2023.

*s/ J. Anthony Mabry*
Counsel for Respondents-Appellees